IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERIC GORINS,

      Plaintiff,

   v.                             Case No. 25-CV-294

ROBERT SAUERWEIN, et al.,

      Defendants.

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

PLEASE TAKE NOTICE that the Defendants, Robert Sauerwein, Elizabeth Tegels, and Carmen Dohms, by their attorneys, Wisconsin Attorneys General Joshua L. Kaul and Assistant Attorneys General Samir S. Jaber and Brandon T. Flugaur, hereby move the Court, pursuant to Fed. R. Civ. P. 56, for an order for summary judgment dismissing this lawsuit.

The grounds for this motion are set forth in the accompanying Defendants' Brief in Support of Motion for Summary Judgment, Defendants' Proposed Findings of Fact, and associated declarations and exhibits.

Plaintiff is hereby notified that if he does not oppose the moving party's proposed facts that properly rely on evidentiary submissions in the record, the court will accept the facts as unopposed. Plaintiff is directed to Fed. R. Civ. P. 56 and the procedures set forth in this court's Preliminary Pretrial Conference Order governing summary judgment procedure.

Dated: December 18, 2025

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/Samir S. Jaber
SAMIR S. JABER
Assistant Attorney General
State Bar #1076522

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2229 (Jaber)
(608) 266-1780 (Flugaur)
(608) 294-2907 (Fax)
Samir.Jaber@wisdoj.gov
Brandon.Flugaur@wisdoj.gov